# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Travis Andrew Michel, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Burleigh County Detention Center, ) | |
| ) | Case No. 1:16-cv-390 |
| Defendant. ) | |

On November 21, 2016, the court issued an order to show cause. Therein, it established a December 12, 2016, deadline for plaintiff to amend his pleadings or otherwise show cause why the above-entitled action should not be dismissed. On its own motion, the court shall extend this deadline until January 13, 2017.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court